**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JON JEFFERY ABLES, #K7875**
**PLAINTIFF**

V.  CIVIL ACTION NO. 4:18-CV-187-JMV

**PELICIA HALL, ET AL.**
**DEFENDANTS**

**ORDER**

For the reasons set forth in a separate memorandum opinion issued this day, the Court orders the following:

Defendant Willie Knighten's motion for summary judgment [43] is hereby GRANTED, and all claims against Defendant Knighten are hereby DISMISSED without prejudice.

**SO ORDERED** this the 21st day of May, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE